deed must be furnished within a reasonable time after such payments were made.

7. VENDOR AND PURCHASER, § 123*—*what delay in furnishing abstract and deed unreasonable.* Where a contract to sell land is construed to require grantors to furnish an abstract of title and deed within a reasonable time after certain payments were made, a delay of one year and eight months in making tender of such deed and abstract *held* unreasonable.

---

## City of Chicago, Defendant in Error, v. Louis Kohn, Plaintiff in Error.

### Gen. No. 20,681. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed December 6, 1915.

### Statement of the Case.

Prosecution by the City of Chicago against Louis Kohn, defendant, in the Municipal Court of Chicago, for a breach of the peace. To reverse a judgment of conviction and sentence of a fine of one hundred dollars, defendant prosecutes this writ of error.

WILLIAM E. CLOYES, for plaintiff in error.

JOHN W. BECKWITH and A. J. W. APPELL, for defendant in error.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

EVIDENCE, § 10*—*when judicial notice not taken of ordinances.* On a writ of error bringing up for review a judgment of conviction rendered by the Municipal Court of Chicago on a complaint charging the violation of an ordinance, where the stenographic report merely gives the number of the ordinance alleged to have been violated and does not set it out, the Appellate Court cannot review the question of the sufficiency of the evidence to sustain the judgment.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.